```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION
```

**CIVIL ACTION NO. 1:16-cv-470 (WOB-JGW)**

**ANTHONY RAMONE VARNER**                                    **PETITIONER**


**VS.**                       <u>**JUDGMENT**</u>


**WARDEN, CHILLICOTHE
CORRECTIONAL INSTITUTION**                                   **RESPONDENT**


    This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 14), and having considered *de novo* those objections filed thereto by Petitioner (Doc. 19), and the Court being sufficiently advised,

    **IT IS ORDERED** that the objections (Doc. 19) to the Report and Recommendation (Doc. 14) be, and hereby are, **overruled**. That the Report and Recommendation of the Magistrate Judge (Doc. 14) be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court; That petitioner's motion to amend (Doc. 8) be, and hereby is, **granted;** that respondent's motion to dismiss (Doc. 10) be, and hereby is, **granted** and petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 4), is **dismissed** with prejudice. A certificate of appealability shall not issue with respect to any of petitioner's time-barred claims. Pursuant to 28 U.S.C. §

1915(a)(3), any application by petitioner to proceed on appeal *in forma pauperis* would be not be taken in "good faith."

This 24th day of March, 2017.



Signed By:
*William O. Bertelsman*
United States District Judge